NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1542

STATE OF LOUISIANA

VERSUS

E. P. C., JR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NUMBER 6939-04
HONORABLE G. MICHAEL CANADAY, JUDGE

\*\*\*\*\*\*\*\*\*\*

**J. DAVID PAINTER**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and J. David Painter, Judges.

**SENTENCES VACATED AND REMANDED WITH INSTRUCTIONS.**

Mitchell P. Bergeron
120 W. Pujo St., Ste. 120
Lake Charles, LA 70601
Counsel for Defendant-Appellant:
        E. P. C., Jr.

John F. Derosier
Cate L. Bartholomew
Carla S. Sigler
1020 Ryan St.
Lake Charles, LA 70601
Counsel for Appellee:
        State of Louisiana